Order Form (01/2005)

*MHN*

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| CASE NUMBER | 08 CR 107 - 15 | DATE | 3/14/2008 |
| CASE TITLE | USA vs. Christopher Marchetti | | |

**DOCKET ENTRY TEXT**

On pretrial's request and by agreement of the parties, conditions of release are modified to include drug testing and drug treatment if deemed advisable by pretrial services. Enter Consent to Modify Conditions of Release. */s/ Geraldine Soat Brown*

■ [ For further detail see separate order(s). ]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|