MPS 42
(Rev. 2/05)

United States District Court
Northern District Of Illinois

United States of America )
)
vs. )
)
Christopher Marchetti ) Case No. 08 CR 00107-015

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I __Christopher Marchetti__, have discussed __Troy Sabourin__, Pretrial Services Officer, modifications of my release conditions as follows:

Based upon the result of a drug test provided by the defendant on February 26, 2008 to the U.S. Pretrial Services Office, the U.S. Pretrial Services Office recommends the following modification of the above-named defendant's conditions of release:

- Submit to any method of testing required by Pretrial Services or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the Pretrial Services Office or the supervising officer.

Assistant U.S. Attorney Lisa Noller was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3/2/08         _____ 3/4/08
Signature of Defendant    Date          Pretrial Services Officer    Date

                                        _____
                                        Reviewed by:
                                        Claudia M. Rios, Supervising Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          3/7/08
Signature of Defense Counsel                                     Date

☒ The above modification of conditions of release is ordered, to be effective __March 14, 2008__.
☐ The above modification of conditions of release is not ordered.

_____                                          March 14, 2008
Signature of Judicial Officer                                    Date